IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 5:18-440 |
| | ) | |
| v. | ) | 18 U.S.C. § 1001(a)(3) |
| | ) | |
| CALEB ELIAS HARTZOG, JR. | ) | **INFORMATION** |

<u>COUNT 1</u>

THE UNITED STATES ATTORNEY CHARGES:

On or about September 24, 2014, in the District of South Carolina, the Defendant, CALEB ELIAS HARTZOG, JR., regarding a matter within the jurisdiction of the Executive Branch of the Government of the United States, did knowingly and willfully make and use a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and entry, in that CALEB ELIAS HARTZOG, JR. falsified the signature of J.E. on a water sampling report that had been submitted pursuant to the requirements of the Safe Drinking Water Act., found at Title 42, United States Code, Section 300f et seq.

All in violation of Title 18, United States Code, Section 1001(a)(3).

_____
BETH DRAKE (WDHjr)
UNITED STATES ATTORNEY